```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

v.                                             CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

v.                                             CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

<u>**ORDER**</u>

A status conference in these cases is hereby **SCHEDULED** for January 27, 2020, at 2:30 p.m., in Charleston.  On or before January 23, 2020, the parties are hereby **ORDERED** to file a statement, of no more than ten (10) pages in length, setting out their positions with regard to the current posture of these cases.  These statements should be no longer than ten (10) pages in length and include any information that the parties believe would be helpful to the court.  These statements should, at a minimum, answer the following questions:

1) Are these cases ready for trial? If not, why not? If not presently ready for trial, when do you anticipate the cases would be ready for trial?

2) Are there unresolved motions that were pending before the MDL court that will need to be refiled in this matter? If so, what are those motions and were they fully briefed in the MDL court?

3) Are additional motions forthcoming that will need to be resolved prior to trial?

4) Are any discovery issues outstanding?

5) What does any forthcoming trial look like? Jury or bench? Length of trial?

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 16th day of January, 2020.

ENTER:

David A. Faber
Senior United States District Judge